In the Matter of the Claim of THERESA M. KEANEY, Respondent, against MARSHALL SANITARIUM and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for a schedule loss of thirty-five per cent use of the left arm. Appellants assert that failure to give notice within thirty days was prejudicial; and non-judicial conduct by the State Industrial Board. Claimant fell and injured her shoulder on August 21, 1937. Notice was given October 5, 1937. The delay was properly excused and the medical testimony sustains the findings. No grounds are shown to justify improper conduct of the Board. Award unanimously

affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.